IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW W. JOHNSON, § | | |
| #00658179, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:25-CV-2433-K-BW | |
| § | | |
| BPP, et al., § | | |
| Defendants. § | | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and by separate judgment, the Court will **DISMISS** the Prisoner's Civil Rights Complaint, received on September 9, 2025 (Dkt. No. 3), without prejudice for improper venue. Plaintiff's Motion to Transfer Venue and Objection, is **DENIED** and the Objection is **OVERRULED**.

SO ORDERED.

Signed November 6th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE